IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTOINE EUBANKS                                                                                    PLAINTIFF

V.                                      NO: 4:16CV00934 JLH/PSH

DOC HOLLADAY, *et al.*                                                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge J. Leon Holmes. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Antoine Eubanks filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on December 30, 2016 (Doc. No. 2), and was subsequently granted leave to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915(a) (Doc. No. 3). On April 13, 2017, Plaintiff filed a change of address notice indicating that he had been released from custody (Doc. No. 17). On April 14, 2017, the Court entered a text order directing Plaintiff to submit the full $400.00 filing and administrative fees or file a fully completed and signed IFP application reflecting his free-world financial status within 30 days. *See* Doc. No. 18. Plaintiff was cautioned that failure to comply

with the Court's order within that time would result in the recommended dismissal of his case, without prejudice, pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Plaintiff has not complied or otherwise responded to the April 14 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT Plaintiff's complaint and amended complaint (Doc. Nos. 2 & 4) be DISMISSED WITHOUT PREJUDICE.

DATED this 11th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE