IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTOINE EUBANKS                                                                    PLAINTIFF

v.                             NO: 4:16CV00934 JLH

DOC HOLLADAY, *et al.*                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's complaint and amended complaint are DISMISSED WITHOUT PREJUDICE. Documents #2 and #4.

DATED this 2nd day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE