# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ANTOINE EUBANKS**                                                            **PLAINTIFF**

v.                     NO: 4:16CV00934 JLH

**DOC HOLLADAY,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 2nd day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE